UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
...................................................................

EBONY TRADER,

                              ORDER OF DISCONTINUANCE

        Plaintiff(s),               CV-10-4662 (CBA)

-against-

THE CITY OF NEW YORK, et al.,

        Defendant(s)
...................................................................

AMON, J.

    It having been reported to the Court that the above action has been settled, it is

    ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

    SO ORDERED.

Dated: Brooklyn, New York
       July 26, 2012

                                                s/CBA
                                          Carol Bagley Amon
                                          Chief United States District Judge